**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7652

GREGORY C. EPPERSON,

Plaintiff - Appellant,

versus

HELEN F. FAHEY, Chairwoman, Virginia Parole
Board; GENE JOHNSON, Director, Virginia
Department of Corrections,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Claude M. Hilton, Senior
District Judge. (CA-05-523)

Submitted: February 23, 2006          Decided: March 3, 2006

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gregory C. Epperson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gregory C. Epperson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Epperson v. Fahey, No. CA-05-523 (E.D. Va. filed Sept. 23 & entered Sept. 26, 2005). We deny Epperson's motion to remand. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED